UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA,

       Plaintiff,

                                                     15-CV-4371 (RJD)

   v.

APPROXIMATELY 50,000 SHARES OF
SERIES B PREFERRED STOCK OF
PROBALANCE, INC. REFLECTED BY STOCK
CERTIFICATE NO. 5 ISSUED BY
PROBALANCE, INC. ON OR ABOUT
JANUARY 15, 2014, AND ALL PROCEEDS
TRACEABLE THERETO,

       Defendant In Rem.

- - - - - - - - - - - - - - -X

## DECLARATION OF PUBLICATION

     According to my review of the electronic database maintained by the Department of Justice, the attached notice of Civil Forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on July 31, 2015 and ending on August 29, 2015 as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Certain Admiralty and Maritime Claims and Asset Forfeiture Actions, and evidenced by Attachment 1.

     I declare under penalty of perjury that the foregoing is true and correct. Executed on September 1, 2015.

                                                           *David L. Jones IV*
                                                           David L. Jones IV
                                                          FSA Records Examiner



## Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between July 31, 2015 and August 29, 2015. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. 50,000 Shares of Probalance, Inc. Stock

**Court Case No:** CV-15-4371
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 07/31/2015 | 24.0 | Verified |
| 2 | 08/01/2015 | 24.0 | Verified |
| 3 | 08/02/2015 | 24.0 | Verified |
| 4 | 08/03/2015 | 24.0 | Verified |
| 5 | 08/04/2015 | 24.0 | Verified |
| 6 | 08/05/2015 | 24.0 | Verified |
| 7 | 08/06/2015 | 24.0 | Verified |
| 8 | 08/07/2015 | 24.0 | Verified |
| 9 | 08/08/2015 | 24.0 | Verified |
| 10 | 08/09/2015 | 24.0 | Verified |
| 11 | 08/10/2015 | 24.0 | Verified |
| 12 | 08/11/2015 | 24.0 | Verified |
| 13 | 08/12/2015 | 24.0 | Verified |
| 14 | 08/13/2015 | 24.0 | Verified |
| 15 | 08/14/2015 | 24.0 | Verified |
| 16 | 08/15/2015 | 24.0 | Verified |
| 17 | 08/16/2015 | 24.0 | Verified |
| 18 | 08/17/2015 | 24.0 | Verified |
| 19 | 08/18/2015 | 24.0 | Verified |
| 20 | 08/19/2015 | 24.0 | Verified |
| 21 | 08/20/2015 | 24.0 | Verified |
| 22 | 08/21/2015 | 24.0 | Verified |
| 23 | 08/22/2015 | 24.0 | Verified |
| 24 | 08/23/2015 | 24.0 | Verified |
| 25 | 08/24/2015 | 24.0 | Verified |
| 26 | 08/25/2015 | 24.0 | Verified |
| 27 | 08/26/2015 | 24.0 | Verified |
| 28 | 08/27/2015 | 24.0 | Verified |
| 29 | 08/28/2015 | 23.9 | Verified |
| 30 | 08/29/2015 | 24.0 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**
**COURT CASE NUMBER: CV-15-4371; NOTICE OF FORFEITURE ACTION**

Pursuant to 18 U.S.C. § 981, the United States filed a verified Complaint for Forfeiture against the following property:

All right, title and interest in approximately 50,000 shares of series B preferred stock of Probalance, Inc. reflected by stock certificate no. 5 issued by Probalance, Inc. on or about January 15, 2014, and all proceeds traceable thereto (15-ICE-001403)

Any person claiming a legal interest in the Defendant Property must file a verified Claim with the court within 60 days from the first day of publication (July 31, 2015) of this Notice on this official government internet web site and an Answer to the complaint or motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days thereafter. 18 U.S.C. § 983(h)(1) permits a court to impose a civil fine on anyone asserting an interest in property which the court determines was frivolous.

The verified Claim and Answer must be filed with the Clerk of the Court, 225 Cadman Plaza East, Brooklyn, NY  11201, and copies of each served upon Assistant United States Attorney Karin Orenstein, 271 Cadman Plaza East, 7th Floor, Brooklyn, NY 11201, or default and forfeiture will be ordered.  See, 18 U.S.C. § 983(a)(4)(A) and Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.